[No. 56454-4-I. Division One. February 5, 2007.]

*In the Matter of the Marriage of* ROBERT T. FRANZEL, *Appellant*, and PHOEBE FRANZEL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-3-01488-7, Steven C. Gonzalez, J., entered March 11, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick, C.J., and Coleman, J.

[No. 56538-9-I. Division One. February 5, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MOSES OKELLO LAPIR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-01000-1, Julie Spector, J., entered June 3, 2005. *Affirmed* by unpublished per curiam opinion.

[Nos. 56927-9-I; 58417-1-I. Division One. February 5, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS JEFFERSON HOPKINS, *Appellant*.

*In the Matter of the Personal Restraint of* THOMAS HOPKINS, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-09221-3, Jeffrey M. Ramsdell, J., entered December 7, 2004, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished per curiam opinion.